# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00001-CV

### In re Max Grossman

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Because we have heard and decided the appeal in Max Grossman v. Mark Wolfe, Executive Director, Texas Historical Commission, No. 03-19-00002-CV, this petition for writ of injunction is dismissed as moot. Our January 3, 2019 order in this original proceeding is no longer effective.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: June 21, 2019